UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KATIE F. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-0073 |
| ) | Judge Echols |
| ) | |
| STATE OF TENNESSEE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on a Report and Recommendation (R & R) (Docket Entry No. 33) in which the Magistrate Judge recommends denying the Motion to Dismiss (Docket Entry No. 10) filed by Defendant State of Tennessee. The R & R was issued on September 5, 2007, and neither party has filed any objections thereto, even though they were informed in the R & R that any objections needed to be filed within ten (10) days (Docket Entry No. 33 at 4).

This is an action brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5, alleging race discrimination in employment and retaliation. Defendant seeks dismissal, claiming the Complaint contains insufficient allegations.

In the R & R, the Magistrate Judge recommends denying that Motion inasmuch as the pro se Complaint meets the notice requirements set forth in Rule 8(a) of the Federal Rules of Civil Procedure. Upon independent review, this Court agrees and

1

accordingly rules as follows:

(1) The Report and Recommendation (Docket Entry No. 33) is hereby ACCEPTED;

(2) Defendant's Motion to Dismiss (Docket Entry No. 10) is hereby DENIED; and

(3) This case is hereby returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE