UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KATIE F. WILSON | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | )   No. 3:06-0073 |
| | )   Judge Echols |
| STATE OF TENNESSEE | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Pending before the Court is the Report and Recommendation ("R&R") entered by the United States Magistrate Judge on April 17, 2008 (Docket Entry No. 46) recommending that the Court grant Defendant's Motion for Summary Judgment (Docket Entry No. 37) and dismiss this employment discrimination and retaliation action brought under Title VII of the Civil Rights Act, 42 U.S.C. § 2000e-5. Plaintiff has filed no objections to the R&R, even though she was informed in the R&R that any objections had to be filed within ten days of service (Docket Entry No. 46 at 23).

In reviewing an R&R, the Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). In considering the R&R, the Court fully reviewed the court file.

In a 23-page R&R, the Magistrate Judge carefully identified each of Plaintiff's claims. The R&R thoroughly examines each claim and explains why the record shows that there are no material issues of fact and why the Defendant is entitled to judgment as a matter

of law.  The Court identifies no error of fact or law in the R&R.
Accordingly,

(1) the R&R of the Magistrate Judge (Docket Entry No. 43) is hereby ACCEPTED;

(2) the Defendant's Motion for Summary Judgment (Docket Entry No. 37) is hereby GRANTED; and

(3) this case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE